HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| PERFECT COMPANY, | CASE NO. C14-5976RBL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ADAPTICS LIMITED, | |
| Defendant. | |

THIS MATTER is before the Court on its own motion following *TC Heartland* 137 S. Ct. 1514 (2017) and its review of the parties' filings in response to the Court's inquiry [Dkt. #140] about the effect of that case on the venue of this one. The Court concludes that *TC Heartland* has no impact on this case and venue here is proper.

IT IS SO ORDERED.

Dated this 17th day of October, 2017.

Ronald B. Leighton
United States District Judge

ORDER - 1